IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV418-DSC

| | |
|---|---|
| CHARLES R. HALL, JR., et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>INTERNATIONAL UNION, UNITED )<br>AUTOMOBILE, AEROSPACE AND )<br>AGRICULTURAL IMPLEMENT )<br>WORKERS OF AMERICA, UAW and )<br>UAW LOCAL UNION 5285, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Compel..." (Doc. 71) filed October 17, 2012 and "Defendants' Amended Response to Plaintiffs' Motion to Compel" (Doc. 74) filed on November 2, 2012.

The Court has carefully examined the record, the parties' arguments and the applicable authorities. Based upon Defendants' commitment to produce the outstanding discovery no later than November 12, 2012, chambers staff contacted Plaintiffs' counsel to confirm that discovery had been provided. Plaintiffs' counsel reported that Defendants responded to the July 18, 2012 discovery requests on November 21, 2012, but that there was still no response to the August 17, 2012 requests. Consequently, the Court will **GRANT** Plaintiffs' Motion to Compel Discovery and order that Defendants respond fully to Plaintiffs' discovery requests within fourteen (14) days from the date of this Order.

The Court warns Defendants and their counsel that any failure to respond to Plaintiff's Third Set of Interrogatories and Request for Production of Documents, or to otherwise comply fully with any of the Court's Orders, the Local Rules, or the Rules of Civil Procedure may result in the imposition of sanctions.

**IT IS THEREFORE ORDERED** that:

1. Plaintiffs' Motion to Compel is **GRANTED**.

2. Defendants are ordered to respond **fully** to Plaintiffs' Third Set of Interrogatories and Request for Production of Documents within **fourteen (14) calendar days** from the date of this Order.

**SO ORDERED.**

Signed: November 26, 2012

David S. Cayer
United States Magistrate Judge