IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHARLES R. HALL, JR., JOHN O'NEILL, JR., TIMOTHY L. PHILLIPS, CHARLIE R. WOOTEN, WILLIAM T. BOLIN, JEFFREY S. BOSTON, GARY G. BOWLIN, II, RANDELL T. BURCHAM, JOSEPH D. BURKE, JR., MAURICE BURRIS, RICKY L. CARPENTER, ALVIN R. CARVER, JR., CLYDE M. CHILDERS, TIMOLYN A. CLARK, EARL E. CURRY, III, DARRELL E. DELLINGER, CHARLES E. DILLING, TOMMY A. FAULKENBURY, BEN FEWELL, JOHN H. HALL, JR., BRODY L. HARKEY, DEANIE F. HARKEY, DOUGLAS W. HOLT, WILLIAM D. HOVIS, BERWYN L. JOHNSON, TERRELL JOHNSON, KEVIN D. JONES, KELLY J. KOWALCZYK, ARCHIE LANEY, MARCUS LEECH, TODD LLOYD, DONNIE LOCKLEAR, JOHN A. MCCOIG, JOHN MOORE, RONALD A. MUSE, DAVID NEAL, JOHN E. NORMAN, CARL PRIVETTE, JOHN D. ROBERTS, ANTHONY J. RYALL, STEVEN J. STAMPER, SAMUEL J. STEPHENS, JR., JEFF THRIFT, DANIEL L. USERY, RICHARD A. WHITENER, AND DAVID W. WILLIAMS, JR. EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br>V.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW; AND UAW LOCAL UNION 5285,<br><br>DEFENDANTS. | Civil Action No. 3:10-cv-418-DSC<br><br><br><br><br><br><br><br><br><br><u>**ORDER**</u> |

**THIS MATTER** is before the Court on its May 22, 2013 "Order" (document # 99). In

that Order, the Court ordered Defendants to pay Plaintiffs the reasonable expenses incurred in

obtaining that Order, including attorneys' fees, and directed that such amount would be established by the Court after reviewing an affidavit submitted by Plaintiff's counsel. The Affidavit of Jameson P. Wells was filed on May 23, 2013 (document #100).

The Court has carefully examined the Affidavit and orders that reasonable attorneys' fees and costs be allowed in the amount of $375.00.

**SO ORDERED.**

3

_____
David S. Cayer
United States Magistrate Judge